UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEO HARRELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:13-cv-01352 - JLT<br><br>ORDER GRANTING EXTENTION OF TIME FOR DEFENDANT TO SERVE AND LODGE THE CERTIFIED ADMINISTRATIVE RECORD |

　　　The parties filed a stipulation to extend time for Defendant to serve and lodge the certified administrative record. (Doc. 9.) The Scheduling Order permits an extension of time of thirty days by the stipulation of the parties. (Doc. 5 at 4.) Here, Defendant seeks an extension of only seven days, and this is the first request of an extension of time by the parties.

　　　Accordingly, Defendant's request for an extension of time is **GRANTED**. Defendant **SHALL** serve and lodge the certified administrative record on or before **February 3, 2014**.

IT IS SO ORDERED.

　　Dated:　**January 28, 2014**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1