UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEO HARRELL,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:13-cv-01352- JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 13) |

On April 25, 2014, the parties stipulated for Plaintiff to have an extension of time to file an opening brief. (Doc. 13). Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 5 at 4), and this is the first extension requested. Thus, an extension of thirty days is appropriate.

Accordingly, **IT IS HEREBY ORDERED**:

1. The extension of time is **GRANTED**;
2. Plaintiff **SHALL** file an opening brief on or before **May 28, 2014**.

IT IS SO ORDERED.

Dated:   **April 29, 2014**              **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE